S. D. WARFIELD, *et al.,* AS RECEIVERS OF THE SEABOARD AIR LINE RAILWAY COMPANY, *Plaintiffs in Error,* v. AMELIA HEPBURN AND O. M. HEPBURN, HER HUSBAND, *Defendants in Error.*

### ON REHEARING.

PER CURIAM.—A determination of the liability of the defendant was necessarily involved in affirming the judgment awarding damages to the plaintiff Amelia Hepburn. There is evidence that the plaintiff Amelia Hepburn was injured by the derailing of the car in which she was a passenger while it was being run at a rapid rate of speed through a dense fog and smoke over a track that a few hours before and unknown to the train crew had been partially destroyed by fire. The statute affords a presumption of negligence and consequent liability of the

defendant upon proof of the injury to the plaintiff by the running of the railroad company's train, and the evidence does not entirely rebut the statutory presumption, since it does not clearly appear that "all ordinary and reasonable care and diligence" to prevent the injury was exercised by the defendants whose duty it was to use the highest degree of care and diligence for the safety of passengers. The evidence as to the speed of the train in the presence of a dense fog and smoke before and at the time the train reached the burned track indicates at least some lack of due care and diligence for the safety of passengers. This establishes the liability of the defendants and the amount of damages that should be allowed on the evidence was adjudicated in affirming the judgment.

WHITFIELD, C. J., and TAYLOR, J., are of opinion that the evidence does not support the amount of the damages awarded in the finding and judgment.

A rehearing is denied.